ABIGAIL H. BISHOP, Plaintiff, *v.* JAMES C. BISHOP, Defendant.

In the Matter of the Application of JAMES C. BISHOP, Appellant, to Modify the Final Judgment Herein in Respect to the Amount of Alimony Awarded Thereby; ABIGAIL H. BISHOP, Respondent.

Appeal from so much of an order of the Supreme Court, entered on the 9th day of October, 1914, as granted counsel fee, etc.

PER CURIAM: The court had no power to grant counsel fee after a final judgment dissolving the marriage.   (See *Lake* v. *Lake*, 194 N. Y. 179.) It follows that so much of the order as is appealed from should be reversed, with ten dollars costs and disbursements.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.   Order so far as appealed from reversed, with ten dollars costs and disbursements.

———

JAMES G. BATTERSON, Respondent, *v.* HARRY RAYMOND and Others, Copartners, etc., and Another, Appellants.

Appeal from an order of the Supreme Court, made on the 5th day of November, 1914, granting an injunction *pendente lite.*

PER CURIAM:  The order appealed from should be modified by requiring the plaintiff to give a bond approved by a justice of the Supreme Court, in the penalty of $50,000, conditioned upon his paying the amount found due by the final judgment in this action, not exceeding $50,000; and as so modified affirmed, without costs to either party.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.   Order modified as directed in opinion, and as modified affirmed, without costs.   Order to be settled on notice.

———

CLIFFORD F. MACEVOY, as Trustee in Bankruptcy of OSWIN W. SHELLY, Respondent, *v.* TIDE WATER OIL COMPANY, Appellant.

Appeal from an order of the Supreme Court, entered on the 27th day of January, 1915, granting the plaintiff's motion to open his default in the service of a reply.

PER CURIAM:  The order appealed from must be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, on the ground that no copy of the proposed reply was served with the motion papers (*Schumpp* v. *Interurban Street R. Co.,* 81 App. Div. 576), with leave to the plaintiff upon payment of such costs to renew the motion on proper papers.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.   Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to plaintiff upon payment of such costs to renew on proper papers.